Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

Southern District of Ohio

Civil Division

|  |  |  |
|---|---|---|
| Calesha Harris | ) | Case No. _____ |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) ) | |
| -v- | ) ) ) | |
| Ohio Department of Rehabilition | ) ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) ) ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Calesha M Harris

All other names by which you have been known:

ID Number    W1096666

Current Institution    Ohio Reformatory For Women

Address

Marysville    OH    43040
*City*      *State*      *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Ohio departmen of Rehab.

Job or Title *(if known)*

Shield Number

Employer    State of Ohio

Address    4545 Fischer Rd Columbus OH

*City*      *State*      *Zip Code*

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name    OrW Warden Ms Malconado

Job or Title *(if known)*    Warden of Prison

Shield Number

Employer    Ohio Department Rehab.

Address    1479 Collin Dr

Marysville OH    43040
*City*      *State*      *Zip Code*

☑ Individual capacity    ☐ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity  ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity  ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Eight Amendment Prison Rights Retaliation Harrassment Drea Violation Damage 07*

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*Personal Property*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attached      3 pages

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

See Attached     3 Pages

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* All CO'ON incident Report and Captain Carter Damage 07 Property Mr Tolley Supervisor Bio laundry Ms Bowlin &inspector Mr Jones Investigator Ciic Jeff Noble

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Damaged Property Mental Distress Night Sweats in fear 07 Safety

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Damage 07 Property (Personal Harrasment, Retaliation, I wanna be Immediately Released From Prison to ensure My Safety and a Sum 07 15 000.00 dollars for My property and Distress Emotional Intention Emotional Affliction Pain This Claim is For Orw Only Personal Property Damage the Complete Amount of My Sundry Boxes I Damaged I missing

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Dayton Correction and ORW

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1. Where did you file the grievance? NAACP, CIIC, OJPC, STATE Public Defender office, Central office ODRC INST INSP Warden, Warden Assistant, Captains At Facilities Disciplinary Council

2. What did you claim in your grievance? The Same Exact thing Ive been claiming All year Since last Year Retaliation Harrasment Medical Malpracte Property Damage

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Ive Escalate Every Greviance Procedure Possible even the Court of Claims Portal and Every Place Me And My Family Could Call

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. This Paper work im Submitting has all document for Every thing And Everyone I've Spoke w/ I'll sign A Release form for you to obtain them including Medical Record

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? I wrote them nothing was filed they Copy My letter

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit

      Plaintiff(s)   CaleSha Harris

      Defendant(s)   STATE OF OHIO

    2.   Court *(if federal court, name the district; if state court, name the county and State)*

      First District Court of Appeals

    3.   Docket or index number

      C24-00207   C-2400105 C2400106

    4.   Name of Judge assigned to your case

      3 panel Appeal Judge

    5.   Approximate date of filing lawsuit

      March 2024     Post Conviction

    6.   Is the case still pending?

      ☑ Yes

      ☐ No

      If no, give the approximate date of disposition

    7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      It's Under Appeal Now

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7-26-24

Signature of Plaintiff    _Calesha Harris_

Printed Name of Plaintiff    Calesha Harris

Prison Identification #    W1096666

Prison Address    1479 Collins Dr

Marysville           OH        43040
City                        State              Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City                        State              Zip Code

Telephone Number    _____

E-mail Address    _____

① #4 of ___ Pages /___ ___

Riley A Rm 15

Event Dates
Times

Damaging Personal Property
Date's May 9th 2024        11:00-12:00

Riley A - Riley C Rm 6
June 9th 2024  Use 07 Excessive
8:20 Am                     Force

Retaliation    May 30 2024
6/26/24        Numerous
Nickel T lying    July 3 2024
Took Photo's on Phone 07
Damaged Property Riley
Prison inmate Rights

Denial 07 Medical Care
Adequate / Time /

Forging Med. Documents

Hippa Violations

Mishandling 07 Legal Mail
6/27/24 8:42 Am              (Numerous)
Failing to investigate Prea
Sexual misconduct

4 Calls to ×89   Retaliation Hot line

Denial 07 Rib
Appeal Paperwork
                    (Numerous)
                    DATES
Wouldn't Scan My Use 07 Force
Complaint

Video OF Damaged Property and Photo sent 6-4-2024 To Attorney On Getting Out App 5:54 Am Photo 6:39 Pm Video To Kimberely Burroughs

On May 9th 2024 I was Placed in Segragation For Telling Jeff Noble while conducting His Prison Audit I was in Fear OF My Safety Srgt King CuFFed me up w/out A problem I didnt Do Anything..

Forging Medical Documents And Date they Said My teeth extractions were 9/16/22 and 10/17/2022 I went Out to Court in 2023 I didn't even get seen by dental until 2023 my Extractions where done by 2 diFFrent Dentist aFter Returning From Lawrenceburg indiana Reference Kite # 4645444521 7/10/2024 :59

Suspended From Greviance by Chris lambert May 2023 ON GtL 600 Kites and 67 Greviances From ORW to DCI

DCI and ORW employee's Need investigated By internal Affair

③

You Wouldn't Believe what I've Seen And Heard from Staff here

5/6/24    I was told By The Unit Manager that No Attorney Hired by Me or my Family is bigger than odrc that's been proven every attorney and Newsstation me and My Family Has Called Has wonted to but is scared to go against the odrc

News 2 4595 S. Dixie Dr
Moraine OH 45439
Micheal Wrights office
OJPC
   421-1108  Mark Vandeloan

The Odrc Forged Medical Records
Social Security Adm
OJPC and Kimberley Burroughs
all had diffrent Date o7 My
Dental Extractions / Both sides

OJPC has all my Documents And letters from My Greviance Suspension Jeff Noble CPPC Disciplinary Council.

③                                                                    2 sides

I have called the clerks office in Cincinnati OH. I've wrote every Program in the ohio Revise Code grievance procedure the NAACP Not only do these people have Poor training but Honestly They may Need the Mental Heath Eval as part of the states Hiring Process they escape liability For people family Members being hurt because of there status as a quote on quote inmate... illegal crimes are being Committed Legally and it's costing People there life which is being covered up by = People like Chris lambert Jeff Noble these Facilities both ORW and DCI are a disgrace to Rehabilitation and a Circus and Needs to be investigated for illegal Dehumanizing activity.

                                        Sincerely
                                        Calesha Harris
                                        W1096666

Exaushtion of Remedies is and Under statement For this Madness.          RespectFully

                                                            →
                                                        over



④

Retaliation stem From Me Calesha Harris Greving and incident where office Thomas was working w/ James another officer whom was taking her body Camera off try to engage in a fight w/ a Mentally Unstable inmate name Cora Wilson #111651 while popping her door after Puttin her in her room for No Reason Co Thomas has a sibling who also works here whom Didn't let Me shower for Days after this and Constantly Harrassed and antagonized Me The inspector Never does her Job Neither Does the investigator I was told for Reporting things that the have found to be true if I Kept Kiting I would Recieve a conduct Report I've ask for My Rule infraction Apped paper work and was denied that on Numerous Occasions. I have alot More to Report of illegal Activity Amongst these facilities. Cora Wilson's lock was Rm 12 corner room next to the shower in Riley A. I Reported on greviance inspector Jones the and investigator at ORW.

over
④ page

⑤

Im Request that yall look at all body Camera Footage And Camera Footage On One Occassion My Rm in Riley C was Flooded Co Holmes instructed The Cleaning Porter Not to Properly Clean my Rm Room II and I almost Fell so another Co her name is CO Thompson had a towel on her feet trying to mop up the water she Fell right on her behind she hit her head her glasses and hat went Flying out the room and was told by shift not to report it.

I Have 2 notebooks Full of Dates and times of incidents stemming From what Happen to Me I almost died and then im admitted in a mental institution like im suppose to forget what happen I can't hear. My teeth OMG! they Really Broke bone left Bone visibly in my gums and Root tips Performing Oral Surgery which should had been done at OSU and trying to Cover it up By changing the dates of My Extractions like I dont know when I had My teethed Pulled and trying to use my mental Health Diagnosis as and Excuse.



DCI change the Entire Pillcall System after I Reported them giving me another inmate Medication Were our photos pop up when we scan our Prison ID. because they were wrong but continued to try to cover it up. These Are All actual Event and Reported to Every One including the Court of Claims of Ohio Risk Management Portal.

Im housed in the Mental Health section of the Prison (RTU) there's inmate who can't speak up For themselves im speaking up For them also the State Facilities are wrong I almost Died twice because of Negligence Pure simple Negligence they try to cover up w/ a statue of limatation claim when they have denied me the documents im a prison inmate and limited axcess to everything This stuff is crazy.

Over → ⑥

Exscessive Use of Force.
June 9th 2024 The force incident
started on June 9 2024 at Aproximately
7am-8am when Co Carpenter came to
Rm 16 were me And inmate Peterman
was housed in Riley A 07 Crw he
State I was told to cuff you up and
take you to RH (the Hole) "Because" I
didnt yet him finish talking My exact
word were explain that to me on
body Camera Recording why am I
going back on RH w/ out incident
So then Captain Carter Walk to my
door I then repeated the same thing
and ask them to turn on Body Camera
and tell me why I'm going to RH (the
Hole) he did I packed up my hole bag
(Hygeine items, legal mail, and 6th tablet) which is
our rights even in Seqragation. Mr Co
Robinson and Captain Carter Walked
me over there Ms Co Rouseau Dressed
me out. Co Thomas was on a Suicide
watch inmate whom has already
Caused damage, thrown Away photos, and My
Personals like Under wear and Bra's
went through My belonging Dumped
out Balled up My Legal Mail and
denied me my tablet all while the
Captained stood there and laughed
So I begin asking for Crisis whom
I had never told I was suicidal
Retaliation she lied and said I was
suicidal she say to me "Im not
Arguing w/ A bitch who has no Edges"

①

also "Nobody gonna believe shit I say"! she argue's w/ anyone co or staff who talk to her Boyfriend co Robinson so" I put my Mat over my window demanding a white shirt They forced me to get naked im a victim of Molestation and Rape in front of 12 or 13 Male co officer which is Humiliating I Just felt So Sad and Angry I pulled the plexi glass mirror out the wall I didn't have it in My Hand when the Captain got to the Door He Overly Spray me w/ OC Spray over and over I walked over cuffed up w/ out incident all this because I was denied the Right to My GTl tablet which my US postal Mail comes on from the Mailing. Worst of All was I was placed on RH because of a mistake made by the Count office they had never changed my RH housing status in the Computer. This was Another Retaliation Tactic. I had to argue w/ them For 3 day For my Use of force statement once I got it I completed it gave it to Lt Saunders My Attorney Requested it they said I never gave it to them which was a lie intentional infliction of Pain Very Serious Emotional Distress

# Disciplinary Counsel
## THE SUPREME COURT OF OHIO



DISCIPLINARY COUNSEL
**JOSEPH M. CALIGIURI**

CHIEF ASSISTANT DISCIPLINARY COUNSEL
**MICHELLE A. HALL**

SENIOR ASSISTANT DISCIPLINARY COUNSEL
**AMY C. STONE**
**KAREN H. OSMOND**
**MATTHEW A. KANAI**

ASSISTANT DISCIPLINARY COUNSEL
**AUDREY E. VARWIG**
**MARTHA S. ASSEFF**
**BENJAMIN B. NELSON**
**RYAN N. SANDER**
**MARLEY C. NELSON**
**MELANIE J. WILLIAMSON**
**CARA L. DAWSON**

PMBR PROGRAM MANAGER
**ELISABETH C. DUESLER**

July 12, 2024

**LEGAL MAIL**

Calesha M. Harris
#W109-666
DCI
4104 Germantown Pike
Dayton, OH 45417

 Re: **Hon. Jody Marie Luebbers**
 **Our File No. C4-0613J**

Dear Ms. Harris:

 We received your grievance against Judge Jody Marie Luebbers on March 13, 2024.

 This office's authority is limited to investigating alleged violations of the Ohio Rules of Professional Conduct and the Code of Judicial Conduct. Our office can only address violations of specific rules governing attorneys and judges. We cannot provide legal assistance, offer legal advice, or answer questions of a legal nature.

 After reviewing your grievance, there is no evidence that Judge Luebbers violated the Code. Dissatisfaction with a judge's rulings is a legal issue subject to appeal. A judge's rulings, even if erroneous, are not by themselves evidence of bias, prejudice, or other ethical misconduct. You have not provided substantial, credible evidence that Judge Luebbers' decisions resulted from any unethical influence or action. It appears that she has simply made decisions with which you disagree.

 If you are dissatisfied with or disagree with Judge Luebbers' decisions, your remedy is to appeal those decisions. The grievance process is not a substitute for court process. This office is also not an alternate trier of fact or appellate forum.

 For the reasons stated above, we have dismissed your grievance and closed our file.

 Sincerely,

 Amy C. Stone
 Senior Assistant Disciplinary Counsel

ACS/bs
cc: Hon. Jody Marie Luebbers

65 EAST STATE STREET, SUITE 1510 • COLUMBUS, OHIO 43215 • (614) 387-9700 • FAX (614) 387-9709 • 1-800-589-5256